■ In the Matter of CRAIG TRAYNOR, as Support Investigator, on Behalf of DARCY CORNELIUS, Appellant, v THOMAS SEARS, Respondent.—Order insofar as appealed from unanimously reversed on the law without costs and matter remitted to Wyoming County Family Court for further proceedings, in accordance with the following memorandum: In these two appeals Family Court erred in ordering respondent to pay arrears and in canceling all other income deduction orders without conducting a full hearing (see, Family Ct Act §§ 433, 454 [1]; Van Niel v Van Niel, 93 AD2d 986; Matter of Reynolds v Reynolds, 50 AD2d 993, 994) and without making specific findings of fact (see, Family Ct Act § 165 [a]; CPLR 4213 [b]; Matter of Hamilton v Irlbacher, 96 AD2d 726). (Appeal from order of Wyoming County Family Court, Newman, J.—child support.) Present—Dillon, P. J., Doerr, Green, Lawton and Lowery, JJ.

■ In the Matter of CRAIG TRAYNOR, as Support Investigator, on Behalf of DEBORAH SCHIRMER, Appellant, v THOMAS SEARS, Respondent.—Order insofar as appealed from unanimously reversed on the law without costs and matter remitted to Wyoming County Family Court for further proceedings, in accordance with same memorandum as in Matter of Traynor v Sears (161 AD2d 1123 [decided herewith]). (Appeal from order of Wyoming County Family Court, Newman, J.—enforce child support.) Present—Dillon, P. J., Doerr, Green, Lawton and Lowery, JJ.